TRIAL COURT CASE NO. WITHHELD
2014 2945
73,971-02

The State of Texas

Vs.

Steven Mitchell Gary

IN The District Court
175th Judicial District
Bexar County, Texas

RECEIVED IN
COURT OF CRIMINAL APPEALS

JAN 12 2015

Abel Acosta, Clerk

MOTION DENIED
DATE: 1/21/15
BY: _____

Motion for Speedy Trial

To The Honorable Judge of Said Court:

Come Now Steven Mitchell Gary, Defendant In the above styled and Numbered cause and files this Motion For Speedy Trial and In support of said Motion would show the Court the following:

Defendant Is charged with the felony offense of family Violence 2nd a Violation of the Texas Penal/Health & Safety Code, 22.01 which was alleged to have happened on the 22nd day of December 2013.

Defendant was arrested on the 22nd day of December 2013, and Confined to Bexar County Adult Detention Center, In San Antonio, Texas where he Is awaiting trial on Said Charges.

On 2.24.14 Complaintant In this Cause filed a Sworn Non prosecution affidavit In which a P.R. Bond was ordered then Revoked without Explanation, Defendant has been Remanded without Bond Since.

Defendant believes he was Indicted unfairly and his federally Guaranteed and State Constitutional Rights have been Violated.

Defendant also believes he Is being maliciously prosecuted because Complaintant IN said case has Re-canted her statement and on 10·13·14 Before Judge Mary Roman expressed that she wishes not to prosecute.

Defendant IS being Prejudiced by the States delay and at all times defendant was Ready for Trial and the delay was not of any Cause by the defendant

Pursuant to the VI amendment of the United States Constitution, The due process Clause and Equal Protection clause, The Defendant Respectfully Requests that the above stated clause be affixed with a Trial Date set.

Wherefore, Premises Considered, Defendant prays he be Granted a Speedy Trial / Trial Date set for said Charge, OR that said Indictment be dismissed with Prejudice and Defendant be Released from Confinement.

Respectfully Submitted

MR. Steven M. Gary.

## Certificate of Services

I, hereby Certify that on this date: 12-30-14 a true and Correct copy of the above and foregoing Motion for Speedy Trial / Trial Date set was Transmitted to the office of the Bexar County District attorney, Criminal Justice Center, 101 W. Nueva, San Antonio, Texas 78205

12/30/14

IMELDA FIGUEROA
NOTARY PUBLIC
STATE OF TEXAS
My Comm. Exp. 02-11-2016

_____
Defendant